# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERGE & ISABELLE GIRARD )<br>56 Avenue Bollee )<br>Le Mans, 72000 )<br>France )<br>        Plaintiff, )<br>        )<br>vs. )<br>        )<br>MAD HATTERS CT AVENUE LLC )<br>1319 Connecticut Avenue, NW )<br>Washington, DC 20036 )<br>        )<br>        Defendant. ) | CIVIL ACTION<br>NO: 1:15-cv-2111 |

## **COMPLAINT FOR DECLARATORY AND MONETARY RELIEF**

This is an action for equitable relief and damages based on the Defendant's negligence that caused personal injuries to Plaintiffs. In support of the Complaint, Plaintiffs allege the following.

### **Jurisdiction**

1. Jurisdiction of the Court is based on diversity of jurisdiction pursuant to 28 U.S.C.A. §1332.

2. Plaintiffs are citizens of France.

3. Plaintiffs have never been citizens or permanent residents of the United States.

4. Defendant is a resident of the District of Columbia.

5. Defendant's negligence occurred in the District of Columbia.

6. Plaintiff Serge Girard' direct and quantifiable damages as a result of Defendant's negligence exceed 75,000$.

**Negligence**

7. Defendant owns the restaurant Mad Hatters located on 1319 Connecticut Avenue NW, in Washington DC, hereinafter the "Restaurant".

8. Defendant uses a two-panel service door located on the side walk in front of the Restaurant, on Connecticut Avenue NW, hereinafter the "Service Door", to access the basement of the Restaurant.

**Accident**

9. On May 26, 2013, Plaintiffs were vacationing in Washington DC.

10. Plaintiffs stayed at the Capitol Hilton located on 1001 16th street NW in Washington DC.

11. In the morning of May 26th, Plaintiffs walked from their hotel in direction of Dupont Circle where they intended to have breakfast.

12. As they walked north on Connecticut Avenue in front of the Defendant's Restaurant, they both tripped over the Service Door which was abruptly opened, without any warning, by Defendant's employee.

**Damages**

13. Plaintiff and his wife were both transported to Georges Washington University Hospital.

14. Plaintiff Serge Girard was diagnosed with closed fractures of the tibial plateau and the head of the fibula.

15. Plaintiffs were repatriated to France under medical care.

16. Plaintiff Serge Girard underwent therapy and operations as a result of the accident.

17. At the time of the accident, Plaintiff Serge Girard was a pulmonary physician in France who was practicing in two hospitals as well as through his private practice.

18. Plaintiff Serge Girard was totally unable to work for 45 days in 2013 and 90 days in 2014.

19. As a result of the accident, Plaintiff Serge Girard had to terminate his activities with the hospitals.

20. As a result of the accident, Plaintiff Isabelle Girard has a permanent scare on her leg.

21. As a result of the accident, the Plaintiffs lost the consortium and enjoyment of each other.

22. As a result of the accident, the Plaintiffs have been deprived to practice their favorite activities whether it be hiking, biking, riding, skiing and motorcycling.

## COUNT I: NEGLIGENCE

23. Defendant had a duty toward all pedestrians, including Plaintiffs, to keep the sidewalk along its Restaurant in a safe condition.

24. Defendant, by and through its employees or agents, breached the applicable duty of care owed to Plaintiff by operating its Service Door in a dangerous manner.

25. Defendant operated its Service Door in a dangerous manner by failing to warn pedestrians when it opened it.

26. Defendant operated its Service Door in a dangerous manner by failing to install a modern service door equipped with a security mechanism which would have prevented the accident.

27. As a direct and proximate result of Defendant's breach of duty, Plaintiffs suffered bodily injuries, pain, loss of earnings, loss of consortium, loss of enjoyment and other losses.

WHEREFORE, the Plaintiffs seek a monetary judgment against the Defendant to compensate them for their injuries, injunctive relief, and any other appropriate relief.

Law Office of Pierre Choné, PLLC

/S/

Pierre Choné, #456033
P.O. Box 15430
Washington, DC 20003
(202) 543-3066
Attorney for Plaintiff
pchone@cabinetchone.com